IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUINCY M. NERI,

      Plaintiff,         ORDER

  v.               11-cv-429-slc

MELINDA MOORE, STEVE LARSON,
ARCHITECTURAL BUILDING ARTS, INC,
LESLEY SAGER, LINDA HUGHES,
FRITZ SCHOMBURG, AMY RADSPINNER
and ERIC FERGUSON,

      Defendants.

---

  This is a proposed civil action filed by plaintiff Quincy Neri. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

  In this case, plaintiff has no dependents and her annual income from a variety of sources is approximately $20,500. Because plaintiff's income falls in the $15,000 to $28,000 range, she

must prepay half the fees and costs. If she wishes to proceed with this action, she will have to pay $175, which is half of the $350 filing fee.

ORDER

IT IS ORDERED that plaintiff may have until July 11, 2011, in which to submit the $175 prepayment of the filing fee for this lawsuit. If, by July 11, 2011, plaintiff fails to submit this prepayment, the clerk of court is directed to close this case without prejudice to plaintiff's filing this case at a later date.

Entered this 17th day of June, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge