IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUINCY M. NERI,

      Plaintiff,                      Case No. 11-cv-429-slc

v.

MELINDA MONROE, et. al.,

      Defendants.

---

### ORDER FOR DISMISSAL

Upon the annexed Stipulation and upon the pleadings on file with the court,

IT IS HEREBY ORDERED that the action against defendant Fritz Schomburg may be and the same hereby is dismissed and that such dismissal shall be with prejudice and without costs to any party.

Dated this 19th day of APRIL, 2012.

BY THE COURT

_____
STEPHEN L. CROCKER
MAGISTRATE JUDGE