IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINCY M. NERI and
RODNEY RIGSBY,

        Plaintiffs,

v.

MELINDA MONROE, STEVEN LARSON,
ARCHITECTURAL BUILDING ARTS, INC.,
LESLEY SAGER, LINDA HUGHES,
AMY RADSPINNER, ERIC FERGUSON,
BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM and
RURAL MUTUAL INSURANCE COMPANY,

        Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-429-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing all claims against Board of Regents of the University of Wisconsin System, Linda Hughes and Amy Radspinner;

(2) dismissing the claim of trademark infringement; and

(3) granting summary judgment in favor of Architectural Building Arts, Inc., Melinda Monroe, Steven Larson, Leslie Sager and Eric Ferguson and dismissing this case.

By: _____, Deputy Clerk         9-24-12
    Peter Oppeneer, Clerk of Court                                Date