# EXHIBIT 1



www.Verbatim-Madison.com

Timothy M. Barber, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6336 | 4/9/2012 | 2612 |
| Job Date | Case No. | |
| 3/30/2012 | 03:LL-CV-00429-SLC | |
| Case Name | | |
| Quincy M. Neri vs. Melinda Monroe, et al. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |

ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

    Fritz Schomburg                                                                                                  265.20
        Exhibit                                                                                             0.20
        Color Exhibits                                17.00 Pages            17.00

                                                                    **TOTAL DUE >>>**        **$282.40**

Complimentary e-Transcript.

   Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

                                                         897.67277
                                                         166
                                                    1137/2292
                                                    LML TMB

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Timothy M. Barber, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

Job No.    : 2612           BU ID       : Verbatim
Case No.   : 03:LL-CV-00429-SLC
Case Name  : Quincy M. Neri vs. Melinda Monroe, et al.

Invoice No.  : 6336          Invoice Date  : 4/9/2012
**Total Due**   : **$ 282.40**

Remit To: **Verbatim Reporting, Limited
          2 East Mifflin Street, Suite 102
          Madison, WI 53703**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____