# EXHIBIT 2

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6315 | 4/6/2012 | 2611 |
| **Job Date** | **Case No.** | |
| 3/29/2012 | 03:LL-CV-00429-SLC | |
| **Case Name** | | |
| Quincy M. Neri vs. Melinda Monroe, et al. | | |
| **Payment Terms** | | |
| Net 30 - 1.5%/month thereafter | | |

Timothy M. Barber, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI  53703

---

ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
    Eric Ferguson                                             113.10
        Exhibit                31.00 Pages          6.20
ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
    Melinda Monroe                              142.35

                         **TOTAL DUE  >>>**     **$261.65**

Complimentary e-Transcript.

    Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

*[handwritten:]* Okay to pay
897.67277
166
1137/2292
LmL / TmB

**Tax ID:** 13-4232114

---

*Please detach bottom portion and return with payment.*

Timothy M. Barber, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI  53703

Job No.    : 2611         BU ID       : Verbatim
Case No.   : 03:LL-CV-00429-SLC
Case Name : Quincy M. Neri vs. Melinda Monroe, et al.

Invoice No. : 6315         Invoice Date :4/6/2012
**Total Due  : $ 261.65**

**Remit To: Verbatim Reporting, Limited**
       **2 East Mifflin Street, Suite 102**
       **Madison, WI  53703**

---

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature: