# EXHIBIT 3

{}


www.Verbatim-Madison.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6315 | 4/6/2012 | 2611 |

| Job Date | Case No. |
|---|---|
| 3/29/2012 | 03:LL-CV-00429-SLC |

| Case Name |
|---|
| Quincy M. Neri vs. Melinda Monroe, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |

Timothy M. Barber, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

---

ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
    Eric Ferguson                                                113.10
        Exhibit                   31.00  Pages          6.20

ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
    Melinda Monroe                                142.35

**TOTAL DUE >>>**     **$261.65**

Complimentary e-Transcript.

    Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

*Okay to pay
897.67277
166
1137/2292
LmL/TMB*

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Timothy M. Barber, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

Job No.    : 2611          BU ID      : Verbatim
Case No.   : 03:LL-CV-00429-SLC
Case Name  : Quincy M. Neri vs. Melinda Monroe, et al.

Invoice No.  : 6315         Invoice Date :4/6/2012
**Total Due  : $ 261.65**

Remit To: **Verbatim Reporting, Limited**
           **2 East Mifflin Street, Suite 102**
           **Madison, WI 53703**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature: