# EXHIBIT 4



**VERBATIM**
REPORTING, LIMITED
www.Verbatim-Madison.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6464 | 5/1/2012 | 2713 |
| Job Date | Case No. | |
| 4/19/2012 | 03:LL-CV-00429-SLC | |

| Case Name |
|---|
| Quincy M. Neri vs. Melinda Monroe, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |

Timothy M. Barber, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

1/4 ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | |
|---|---|---|
| Quincy Neri | | 482.40 |
| Reporter Attendance | 4.50 Hours | 22.50 |
| Exhibits-Hard copy, scanned | 170.00 Pages | 68.00 |
| | **TOTAL DUE >>>** | **$572.90** |

Complimentary e-Transcript.

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

*emailed 5.8.12 RG*

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Timothy M. Barber, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

Job No.       : 2713            BU ID      : Verbatim
Case No.      : 03:LL-CV-00429-SLC
Case Name     : Quincy M. Neri vs. Melinda Monroe, et al.

Invoice No.   : 6464            Invoice Date : 5/1/2012
**Total Due** : $ 572.90

Remit To: **Verbatim Reporting, Limited**
**2 East Mifflin Street, Suite 102**
**Madison, WI 53703**

**PAYMENT WITH CREDIT CARD**                MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____