# EXHIBIT 5

{}

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6466 | 5/1/2012 | 2714 |
| Job Date | Case No. | |
| 4/20/2012 | 03:LL-CV-00429-SLC | |

| Case Name |
|---|
| Quincy M. Neri vs. Melinda Monroe, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |



www.Verbatim-Madison.com

Timothy M. Barber, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

1/4 ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | | |
|---|---|---|---|
| Rodney Rigsby | 201.00 Pages | | 482.40 |
| Reporter Attendance | 5.50 Hours | | 27.50 |
| | **TOTAL DUE >>>** | | **$509.90** |

Complimentary e-Transcript.

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

*emailed 5.8.12 RG*

Tax ID: 13-4232114

*Please detach bottom portion and return with payment.*

Timothy M. Barber, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

Job No.       : 2714         BU ID     : Verbatim
Case No.      : 03:LL-CV-00429-SLC
Case Name     : Quincy M. Neri vs. Melinda Monroe, et al.

Invoice No.   : 6466         Invoice Date : 5/1/2012
**Total Due** : **$ 509.90**

Remit To: **Verbatim Reporting, Limited**
**2 East Mifflin Street, Suite 102**
**Madison, WI 53703**

| PAYMENT WITH CREDIT CARD | MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:           Phone#: | |
| Billing Address: | |
| Zip:           Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |