# Exhibit 1

*Claim #: 055-11-10827*
*Claim Rep: Todd Keller*

780791

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6316 | 4/6/2012 | 2611 |
| Job Date | Case No. | |
| 3/29/2012 | 03:LL-CV-00429-SLC | |
| Case Name | | |
| Quincy M. Neri vs. Melinda Monroe, et al. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |


www.Verbatim-Madison.com

Carley J. Peich Kiesling, Attorney
Corneille Law Group, LLC
7618 Westward Way #100
Madison, WI 53717-1688

ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
   Eric Ferguson                                                                  113.10
     Exhibit                         31.00 Pages             6.20
     Shipping                                                         7.50
ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
   Melinda Monroe                                                142.35
     Shipping                                                          7.50

**TOTAL DUE >>>**      $276.65

Complimentary e-Transcript.

   Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Carley J. Peich Kiesling, Attorney
Corneille Law Group, LLC
7618 Westward Way #100
Madison, WI 53717-1688

Job No.   : 2611           BU ID   : Verbatim
Case No.   : 03:LL-CV-00429-SLC
Case Name   : Quincy M. Neri vs. Melinda Monroe, et al.

Invoice No.   : 6316          Invoice Date   : 4/6/2012
**Total Due**   : $ 276.65

**Remit To:** Verbatim Reporting, Limited
           2 East Mifflin Street, Suite 102
           Madison, WI 53703

| PAYMENT WITH CREDIT CARD | MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:             Phone#: | |
| Billing Address: | |
| Zip:          Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

APR 0 9 2012