Exhibit 2

*Claim #: 055-11-10829*
*Claim Rep: Todd Keller*

780791

# INVOICE


www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6337 | 4/9/2012 | 2612 |
| Job Date | Case No. | |
| 3/30/2012 | 03:LL-CV-00429-SLC | |

| Case Name |
|---|
| Quincy M. Neri vs. Melinda Monroe, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |

Carley J. Peich Kiesling, Attorney
Corneille Law Group, LLC
7618 Westward Way #100
Madison, WI 53717-1688

ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
   Fritz Schomburg    265.20
      Exhibit    0.20
      Shipping    7.50
      Color Exhibits    17.00 Pages    17.00

**TOTAL DUE >>>    $289.90**

Complimentary e-Transcript.

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Carley J. Peich Kiesling, Attorney
Corneille Law Group, LLC
7618 Westward Way #100
Madison, WI 53717-1688

Job No.    : 2612      BU ID    : Verbatim
Case No.    : 03:LL-CV-00429-SLC
Case Name    : Quincy M. Neri vs. Melinda Monroe, et al.

Invoice No.    : 6337      Invoice Date    : 4/9/2012
Total Due    : $ 289.90

Remit To: **Verbatim Reporting, Limited**
        **2 East Mifflin Street, Suite 102**
        **Madison, WI 53703**

APR 1 1 2012

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |