# Exhibit 3

*Claim #: 055-11-10827*
*Claim Rep: Todd Keller*


www.Verbatim-Madison.com

# INVOICE

780791

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6463 | 5/1/2012 | 2713 |
| Job Date | Case No. | |
| 4/19/2012 | 03:LL-CV-00429-SLC | |
| Case Name | | |
| Quincy M. Neri vs. Melinda Monroe, et al. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |

Carley J. Peich Kiesling, Attorney
Corneille Law Group, LLC
7618 Westward Way #100
Madison, WI 53717-1688

1/4 ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
   Quincy Neri                                                                                     482.40
     Reporter Attendance                  4.50 Hours        22.50
     Shipping                                                            7.50
     Exhibits-Hard copy, scanned       170.00 Pages        68.00

                                                          **TOTAL DUE >>>**       **$580.40**

Complimentary e-Transcript.

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Carley J. Peich Kiesling, Attorney
Corneille Law Group, LLC
7618 Westward Way #100
Madison, WI 53717-1688

Job No.    : 2713          BU ID       : Verbatim
Case No.   : 03:LL-CV-00429-SLC
Case Name : Quincy M. Neri vs. Melinda Monroe, et al.

Invoice No. : 6463         Invoice Date : 5/1/2012
**Total Due**   : $ 580.40

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **Verbatim Reporting, Limited**
            **2 East Mifflin Street, Suite 102**
            **Madison, WI 53703**

MAY - 2 2012