# Exhibit 4

*Claim #: 055-11-10827*
*Claim Rep: Todd Keller*




www.Verbatim-Madison.com

Carley J. Peich Kiesling, Attorney
Corneille Law Group, LLC
7618 Westward Way #100
Madison, WI 53717-1688

# INVOICE

78791

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6467 | 5/1/2012 | 2714 |
| Job Date | Case No. | |
| 4/20/2012 | 03:LL-CV-00429-SLC | |
| Case Name | | |
| Quincy M. Neri vs. Melinda Monroe, et al. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |

1/4 ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
    Rodney Rigsby                            201.00 Pages        482.40
        Reporter Attendance         5.50 Hours         27.50
                                    **TOTAL DUE >>>**      **$509.90**

Complimentary e-Transcript.

    Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Carley J. Peich Kiesling, Attorney
Corneille Law Group, LLC
7618 Westward Way #100
Madison, WI 53717-1688

Job No.   : 2714            BU ID     : Verbatim
Case No.   : 03:LL-CV-00429-SLC
Case Name   : Quincy M. Neri vs. Melinda Monroe, et al.

Invoice No.   : 6467           Invoice Date   : 5/1/2012
Total Due   : $ 509.90

Remit To: **Verbatim Reporting, Limited**
            **2 East Mifflin Street, Suite 102**
            **Madison, WI 53703**

MAY-22 2012

| **PAYMENT WITH CREDIT CARD** | VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:        Phone#: | |
| Billing Address: | |
| Zip:        Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |