# NOTICE OF APPEAL

## NOTICE OF APPEAL TO THE 7TH CIRCUIT COURT OF APPEALS

## FROM A JUDGMENT

## UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF WISCONSIN

---

QUINCY M. NERI

RODNEY RIGSBY,                                 March 10, 2014

    Plaintiffs',                                   Case #: 11-cv-429-slc1

v.

MELINDA MONROE, STEVE LARSON,

ARCHITECTURAL BUILDING ARTS, INC.,

LESLEY SAGERS, ERIC FERGUSON

RURAL INSURANCE COMPANY,

    Defendants',

---

    Notice is hereby given that Plaintiff Quincy Neri and the Defendants' named in the above case, hereby appeal to the United States of Appeals for the 7th Circuit from the final judgment made by Judge Crocker on February 27, 2014 in favor of Defendants. This Notice of Appeal is entered in this action on the 10th day of March 2014.

                                               Quincy Neri (pro se litigant)
                                               809 N. Thompson, Apt. #102
                                               Madison, WI 53704
                                               Phone: 608-469-6634